IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEWITT L. DAILEY, JR.,

    Plaintiff,

v.                                  Case No. 1:12-cv-54-MP-GRJ

ALACHUA COUNTY
SHERIFF'S OFFICE, et al,

    Defendants.
_____/

## ORDER

This matter is before the Court on Plaintiff's Statement of Facts (Doc. 5) and Motion To Compel Access to Law Library. (Doc. 6.)

On March 13, 2012 the Court entered an order requiring Plaintiff to amend his complaint on the civil rights complaint form to be used by prisoners in actions arising under 42 U.S.C. § 1983 on or before April 6, 2012. (Doc. 4.) That order also required Plaintiff, on or before April 6, 2012, to provide a complete financial certificate and inmate account statement in support of his motion for leave to proceed as a pauper. (Doc. 2.)

Plaintiff has provided a print-out of the transactions from his account at the Alachua County Jail from December 2011 to March 2012 as an exhibit to both his Statement of Facts (Doc. 5) and his Motion To Compel Access to Law Library. (Doc. 6.) Plaintiff, however, did not provide a properly completed prisoner consent form and financial certificate or an amended complaint in accordance with the Court's March 13, 2012 order. Accordingly, the Court will give Plaintiff one final opportunity to amend his Complaint and provide a properly completed prisoner and consent form, failing which

the Court will recommend dismissal of this action.

Accordingly, it is hereby **ORDERED**:

1. The **Clerk** is instructed to send the Plaintiff blank copies of the Court's form complaint for use by prisoners in actions under 42 U.S.C. § 1983 and a blank motion to proceed in forma pauperis for use by prisoners.  Plaintiff shall file an Amended Complaint, completing the complaint form in full, as well as an Amended Motion to Proceed In Forma Pauperis.  Plaintiff shall file the Amended Complaint, with a service copy for each Defendant, and the Amended Motion To Proceed In Forma Pauperis **on or before April 20, 2012.**

2. A ruling on Plaintiff's motion for leave to proceed as a pauper, Doc. 2, is **DEFERRED** pending receipt of completed financial information, which must be filed with the Court **on or before April 20, 2012**.

3. Failure to comply with this Order as directed will result in a recommendation that this case be dismissed without further notice.

**DONE AND ORDERED** this 9th day of April 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge