IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEWITT L. DAILEY, JR.,

    Plaintiff,

v.   Case No. 1:12-cv-54-MP-GRJ

SERGEANT WIGGINS, and
SERGEANT STEVENS,

    Defendants.
_____/

## O R D E R

Plaintiff, proceeding pro se and in forma pauperis, has filed his amended complaint, which the Court has screened. (Doc. 10.) Service of the complaint shall now be ordered, and the Defendants shall be required to respond.

Accordingly, it is hereby **ORDERED** that:

1. The docket shall reflect that there are two Defendants in this action: Sergeant Wiggins and Sergeant Stevens**, both employed at the Alachua County Jail, 3333 N.E. 39th Avenue, Gainesville, FL 32609.**

2. The clerk shall print two copies of the amended complaint (Doc. 10) and shall complete the USM-285 forms and AO-398 and AO-399 forms for the Defendants**.**

3. The clerk shall issue summonses, indicating that Defendants have sixty (60) days in which to file a response to the complaint, and refer the summonses, a copy of this order for each Defendant, service copies of the amended complaint, the completed USM-285 forms and the completed AO-398 and AO-399 forms for each Defendant, to the United

States Marshals Service (USMS). Pursuant to Fed. R. Civ. P. 4(c)(2), all costs of service shall be advanced by the United States.

3. Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the USMS shall send a copy of the amended complaint, a copy of this order, a completed AO-398 form and a copy thereof, an AO-399 form, and a prepaid means of compliance to the Defendants through first class mail. The USMS shall mail the forms to Defendants as soon as possible so that service or waiver of service can be completed within 120 days from the date of entry of this order on the docket.

4. If after thirty (30) days from the mailing of the waiver of service forms and the complaint a Defendant has not returned the waiver of service form (AO-399 form), the USMS shall personally serve the Defendant pursuant to Rule 4(e) of the Federal Rules of Civil Procedure. Upon completion of service, the USMS shall file with the clerk the return and a written statement of all costs incurred of making such personal service.

5. The clerk shall refer this file to the undersigned if the waiver form is returned for insufficient address or for similar reason, if service on a Defendant is returned unexecuted, or if the USMS has filed a statement of costs incurred for making personal service.

6. Defendants shall have sixty (60) days in which to file a response to the amended complaint.

7. No motion for summary judgment shall be filed by any party prior to entry of an initial scheduling order without permission of the court.

8.	Counsel for Defendants shall file a notice of appearance within twenty (20) days of the date of service of the amended complaint.

9.	Once a response to the amended complaint is filed, no amendments to the amended complaint shall be permitted by the court unless, as required by Rule 15 of the Federal Rules, Plaintiff files a separate motion for leave to so amend and provides a copy of the proposed amended complaint.

10.	After a response to the complaint has been filed by Defendants, Plaintiff shall be required to mail to the attorney for Defendants a copy of every pleading or other paper, including letters, submitted for consideration by the court.  Plaintiff shall include with the original paper to be filed with the clerk of court a certificate of service stating the date a correct copy of the paper was mailed to Defendants or to the attorney representing Defendants.  **Any paper submitted for filing after a response to the complaint has been filed by Defendants which does not contain a certificate of service shall be returned by the clerk and disregarded by the court**.

11.	In accordance with 28 U.S.C. § 636(c)(2), the clerk shall forward to Plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it. If Plaintiff wishes to consent he should sign the form and forward it to counsel for Defendants, who, if Defendants consent, shall return it to the clerk only if both Defendants also consent.

12.	Plaintiff is reminded to keep the clerk of court advised of any change in his mailing address should he be transferred, released from prison, or otherwise be relocated.

Failure to do so may result in the dismissal of Plaintiff's action for failure to prosecute if court orders are not able to reach Plaintiff.

      13.    **In any event, the Clerk shall refer this file to the undersigned sixty-five (65) days from the date of this order**.

      **DONE AND ORDERED** this 8th day of May 2012.

      *s/Gary R. Jones*
      GARY R. JONES
      United States Magistrate Judge