IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEWITT L. DAILEY, JR.,

    Plaintiff,

v.                                                                  Case No. 1:12-cv-54-MP-GRJ

SERGEANT WIGGINS, and
SERGEANT STEVENS,

    Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Courtesy Copies. (Doc. 22.) Plaintiff requests copies of all filings in his case. He says that he needs these copies in part because he has "no recollection" of filing the First Amended Complaint, Doc. 10, naming Sergeants Wiggins and Stevens as defendants. *Id.* While Plaintiff is proceeding as a pauper in this case, he is not entitled to free copies of his own pleadings. Nor is he entitled to free copies of every document filed in the case. It is Plaintiff's obligation to keep a copy of pleadings submitted to the Court. If Plaintiff wishes to receive copies of any pleadings from the Clerk, he must tender the Clerk's standard copying fee of fifty cents (.50) per page. Petitioner may forward a check from a penal institution, a cashier's check, or a money order in the appropriate amount, payable to "Clerk, U.S. District Court." The payment must include Plaintiff's name, inmate number, and the case number, as well as a specific description of the documents to be copied. The Court will direct the Clerk to provide Plaintiff with a copy of the docket sheet in this case.

Accordingly, it is **ORDERED AND ADJUDGED**:

Plaintiff's Motion for Courtesy Copies, Doc. 22, is **DENIED**.  The **Clerk** shall send Plaintiff a copy of the docket sheet with this Order.

**DONE AND ORDERED** this 23rd day of August 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge