IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEWITT L. DAILEY, JR.,

    Plaintiff,

v.       Case No. 1:12-cv-54-MP-GRJ

SERGEANT WIGGINS, and
SERGEANT STEVENS,

    Defendants.
_____/

## O R D E R

This cause is before the Court on Plaintiff's Response to the Court's Order to Show Cause. (Doc. 27.) Defendants filed a motion to dismiss on August 27, 2012, arguing that because Plaintiff requests only injunctive relief for his claim—that Defendants prevented him from accessing the law library in the jail—Plaintiff's claim has been rendered moot because Plaintiff is no longer detained at the Alachua County Detention Center. Defendants also argued that Plaintiff's claim should be dismissed because Plaintiff failed to keep the Clerk advised of his mailing address. Plaintiff did not respond to the motion to dismiss, and the Court issued an Order to Show Cause on September 18, 2012. (Doc. 26.)

In his response to the Order to Show Cause, Plaintiff asserts that he never received a copy of the motion to dismiss, and was therefore unable to respond to the motion. Plaintiff further asserts that he is temporarily housed at the North Florida Evaluation and Treatment Center, but will be returned to the Alachua County Detention Center upon the completion of his evaluation. Plaintiff says that he has updated his

address with the Court.  Finally, Plaintiff appears to assert a claim for money damages and/or attorney's fees against Defendants, but this is not at all clear.  In light of Plaintiff's *pro se* status, he will be afforded another opportunity to respond in full to Defendants' motion to dismiss.  Plaintiff should note that if he wishes to assert a claim for money damages against Defendants, he must do so in a Second Amended Complaint.

Accordingly, it is **ORDERED:**

(1) The Clerk must send a copy of Defendants' Motion to Dismiss, Doc. 24, to Plaintiff with this Order.

(2) Plaintiff must file a response to the Motion to Dismiss **on or before November 5, 2012**.

(3) If Plaintiff wishes to assert claims for money damages, he must file a Second Amended Complaint.  The complaint must be filed on the Court's form and be accompanied by the requisite number of service copies.  The form must be completed in full.  An Amended Complaint will completely replace any prior complaint.

**DONE AND ORDERED** this 16th day of October 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge