IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEWITT L. DAILEY, JR.,

      Plaintiff,

v.                               Case No. 1:12-cv-54-MP-GRJ

SERGEANT WIGGINS, and
SERGEANT STEVENS,

      Defendants.

_____/

## O R D E R

On January 18, 2013, the Court entered a Report and Recommendation recommending that this case be dismissed as moot, because Plaintiff's Complaint requested only injunctive relief related to his confinement at the Alachua County Detention Center and Plaintiff was no longer confined in that location. (Doc. 32.) The docket reflects that on January 18, 2013– the date the clerk docketed the report and recommendation – the clerk also docketed Plaintiff's Notice of Change of Address, reflecting that he is once again confined in the Alachua County Jail. (Doc. 31.) The Court's independent review of the Alachua County Jail database reflects that Plaintiff is currently incarcerated there. Because it is evident that Plaintiff's claim for injunctive relief is no longer moot, the report and recommendation is no longer applicable and needs to be withdrawn

For these reasons the January 18, 2013 Report and Recommendation is due to be vacated. The Court will enter a separate Report and Recommendation, recommending that Defendant's motion to dismiss, Doc. 24, be denied.

Accordingly, upon due consideration, it is **ORDERED** that:

The Court's January 18, 2013 Report and Recommendation (Doc. 32) is withdrawn and the Clerk is directed to **VACATE** the Report and Recommendation.

**DONE AND ORDERED** this 22nd day of January 2013.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge