IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEWITT L DAILEY, JR,

    Plaintiff,

v.                                               CASE NO. 1:12-cv-00054-MP-GRJ

ALACHUA COUNTY SHERIFF'S OFFICE, V CALHOUN, EIGHTH JUDICIAL CIRCUIT COURT, RALPH GRABEL, FARRAH E LORMIL, RACHEL MORRIS, MOSELEY, SGT STEVENS, WIGGINS, GEORGE WRIGHT,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 14, 2013. (Doc. 41). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Upon consideration, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The motion to dismiss, Doc. 38, is granted, and this case is dismissed.

**DONE AND ORDERED** this _27th_ day of September, 2013

                                                  *s/Maurice M. Paul*
                                               Maurice M. Paul, Senior District Judge